**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JAMES DESHAWN HORTON, III** **PLAINTIFF**
**ADC #655091, a/ka/ James Otis**
**Horton, III**

**V.** **CASE NO. 4:26-cv-01201 JM**

**LEXICON, *et al.*** **DEFENDANTS**

# ORDER

James Deshawn Horton, III's motion for leave to proceed *in forma pauperis* (Doc. 1) is denied because he is not indigent. *See* 28 U.S.C. § 1915(a). He reports $14,483 is savings. Horton must therefore pay the full $405 filing fee by December 3, 2026. If he fails to do so, his complaint will be dismissed without prejudice.

IT IS SO ORDERED this 4th day of November 2026.

______________________________
UNITED STATES DISTRICT JUDGE